IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANE LOPEZ**,

      Plaintiff,

v.                                                Case No. **CV 09-1197 WPJ/WDS**

**WEST LAS VEGAS SCHOOL DISTRICT**, *et al.,*

      Defendants.

## ORDER GRANTING STIPULATED MOTION TO VACATE AND RESCHEDULE THE SETTLEMENT CONFERENCE AND TO MODIFY CASE DEADLINES

THIS MATTER came before the Court on the stipulated motion of the parties to vacate and reschedule the settlement conference and to modify certain case deadlines herein (Doc. 17). The Court having considered said motion, and being otherwise sufficiently advised in the premises, finds the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the settlement conference scheduled on September 15, 2010 is hereby vacated and will be reset upon notice by the Court.

IT IS FURTHER ORDERED that the discovery deadlines in the Court's Initial Pretrial Report are modified as follows: Termination of discovery is November 15, 2010; Motions related to discovery to be served on opposing parties by December 3, 2010; Pre-trial motions, other than discovery motions, to be filed and served by December 20, 2010.

                                                                                                   United States Magistrate Judge