IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANE LOPEZ**,

      Plaintiff,

v.                                            Case No. CV 09-1197 WPJ/WDS

**WEST LAS VEGAS SCHOOL DISTRICT**, *et al.,*

      Defendants.

## ORDER GRANTING STIPULATED MOTION FOR PSYCHOLOGICAL EXAMINATION OF PLAINTIFF

THIS MATTER came before the Court upon the Defendants' motion for a psychological examination of the Plaintiff pursuant to FED.R.CIV.P. 35 (Doc. 16). The Court, having considered the stipulated motion, finds that good cause has been shown for the psychological examination.

IT IS THEREFORE ORDERED that the motion for psychological examination of Plaintiff (Doc. 16) is granted and the deadline for Defendant's expert disclosure is extended to October 15, 2010.

                                              _____
                                              United States Magistrate Judge