IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE LOPEZ

            **Plaintiff,**

v.                                         Case No. CIV-09-1197 WPJ/WDS

**WEST LAS VEGAS SCHOOL
DISTRICT,** *et al.*

            **Defendants.**

## STIPULATED ORDER ON JOINT MOTION
## TO EXTEND DEADLINES

THIS MATTER having come before the Court upon the *Joint Motion to Extend Deadlines* (Doc. 21) in this matter, and the parties being in agreement thereto, and the Court being fully advised in the premises and finding the motion to be well taken,

IT IS ORDERED that the following deadlines are extended to a) change the date for end of discovery from November 15, 2010 to January 17, 2011; b) change the date for motions related to discovery from December 3, 2010 to February 7, 2011; c) change the date for motions not related to discovery from December 20, 2010 to February 25, 2011; d) change the date for Defendant's expert disclosure to December 13, 2010.

_____
W. Daniel Schneider
United States Magistrate Judge