IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JANE LOPEZ,**

**Plaintiff,**

v.     No. 09cv1197 WPJ/WDS

**WEST LAS VEGAS SCHOOL DISTRICT,**
et al.,

**Defendants.**

## SCHEDULING ORDER

In accordance with the Civil Justice Expense and Delay Reduction Plan adopted in compliance with the Civil Justice Reform Act, and pursuant to Title 28 U.S.C. § 473(a)(1), this case was assigned to a "**standard**" track classification.  As a result of the status conference held July 11, 2011, good cause having been found, the termination date for discovery is **January 13, 2012** and discovery shall not be reopened, nor shall case management deadlines be modified, except by an order of the Court upon a showing of good cause.  This deadline shall be construed to require that discovery be <u>completed</u> on or before the above date.  Service of interrogatories or requests for production shall be considered timely only if the responses are due prior to the deadline.  A notice to take deposition shall be considered timely only if the deposition takes place prior to the deadline.  The pendency of dispositive motions shall not stay discovery.

Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **January 20, 2012.**  See D.N.M.LR-Civ 7 for motion practice requirements and timing of responses and replies.  This deadline shall not be construed to extend the twenty-day time limit in D.N.M.LR-Civ. 26.6.

In view of Plaintiff's stated intention to move to amend the complaint, the Court will

refrain from setting dates for the filing of expert reports, pretrial motions, and a final pretrial order at this time.

      IT IS SO ORDERED.

                                                **W. DANIEL SCHNEIDER**
                                                **United States Magistrate Judge**